# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

IN RE:

| | |
|---|---|
| **JERRY DEWAYNE POLK** | **CASE NO.: 05-10043** |
| **GINGER LEIGH POLK,** | **CHAPTER 7** |
| **Debtor(s)** | |

## AGREED ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

It appearing that debtors, Jerry and Ginger Polk, wish to surrender their interest in a vehicle, namely a 1999 Chevrolet Z71, VIN# 1GCEK19R9XR127052,  to National Bank of Commerce ("NBC"), the secured creditor as to the vehicle, and NBC agrees to same;

**IT IS, THEREFORE, ORDERED** that:

1.      The vehicle is surrendered to NBC, and NBC is granted relief from the automatic stay provisions of 11 U.S.C. §362 as to the vehicle.

2.      The above automobile is hereby abandoned as property of the above bankruptcy estate.

3.      The provisions of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure are hereby waived.

4.      NBC is permitted to retrieve the vehicle and may liquidate the vehicle in accordance with applicable state law.

David W. Houston, II

UNITED STATES BANKRUPTCY JUDGE

DATE:_____ MAR 1 0 2005 _____

Jerry and Ginger Polk
Case·No. 05-10043
Chapter 7
Agreed Order Granting Relief from the Automatic Stay
Page 2


APPROVED FOR ENTRY:

Secured Creditor's Attorney
Kandace C. Stewart (101642)
One Memphis Place
200 Jefferson Avenue, Suite 1450
Memphis, TN 38103

Attorney for Debtors
Leigh Ann Darby
216 S Ward Street
Senatobia, MS  38668

Alex B. Gates
Chapter 7 Trustee
P.O. Box 216
Sumner, MS  38957

**NBC**

### FIXED RATE / SIMPLE INTEREST
### CONSUMER NOTE AND SECURITY AGREEMENT

210312

| (A) BORROWER'S NAME AND ADDRESS | | DATE |
|---|---|---|
| PRIMARY Polk, Jerry<br>JOINT Polk, Ginger<br>1095 Wakefield Rd<br>Coldwater MS 38618 | National Bank of Commerce<br>One Commerce Square<br>Memphis, Tennessee 38150<br>(hereafter "Bank") | Date 12-19-98<br>Agent #<br>MANAGER #<br>LOAN #<br>OFFICER # |

### (B) PROMISE TO PAY

Borrower, jointly and severally if more than one, promises to pay to the order of Bank, at Bank's address above, the principal amount (Amount Financed) shown below with interest (Finance Charge) accruing daily on the unpaid balance of the Amount Financed at the Annual Percentage Rate shown below. You agree to make payments according to the payment schedule set out below. The due date of the final payment is the final maturity of this Note, and any remaining unpaid Amount Financed and interest will be due on that date. If the first payment is scheduled more or less than thirty days from the date of this Note, or if Bank does not receive each payment on the scheduled payment date, the exact amounts of the Finance Charge and Total of Payments will be somewhat more or less than the amounts shown below.

### (C) SECURITY

To secure payment of this Loan and any other debts you owe to Bank, you grant Bank a security interest in the following Collateral:

| For motor vehicles: | Year | Make | Model | Manufacturer's/Vehicle Ident. No. | New/Used |
|---|---|---|---|---|---|
| | 1999 | Chev | 1271 | 1GCEC14K5XK270521 | N |

| For Boat: | Year | Make | Model | Serial # |
|---|---|---|---|---|
| Motor: | | | | |
| Trailer: | | | | |

The Collateral will also include all equipment, parts, accessories, attachments and additions to the property described above, and all replacements and proceeds of such property, and any deposits which you may now or later have with Bank. You agree to deliver to Bank, upon demand, additional collateral acceptable to Bank should Bank deem itself insecure.

### (D) DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate | FINANCE CHARGE<br>The dollar amount the credit will cost you | AMOUNT FINANCED<br>The amount of credit provided to you or on your behalf | TOTAL OF PAYMENTS<br>The amount you will have paid after you have made all payments as scheduled |
|---|---|---|---|
| 7.25 % | $5071.77 | $25679. | $30751. |

### (E) ITEMIZATION

Amount Financed of $25679.

DISTRIBUTED AS FOLLOWS:

Amount paid to you directly or to named creditor on your behalf $25000

Creditor ___

Amounts paid to others on your behalf:

Insurance Companies $6079.

$ ___

Filing fees $ ___

#### YOUR PAYMENT SCHEDULE WILL BE:

| Number of Payments | Amount of Payment | When Payments Are Due<br>Monthly, Beginning | Filing fees |
|---|---|---|---|
| 60 | $512 | 01-20-98 | $ |

*Insurance.* Property insurance is required, but you may obtain it from anyone acceptable to Bank. Credit life and credit disability insurance are not required to obtain credit and will not be provided unless EACH BORROWER TO BE INSURED SIGNS BELOW and you agree to pay the additional cost. The premium is included in the Amount Financed.
*Security.* Collateral securing other loans with Bank and deposits you may have with Bank may also secure this loan, and you are giving a security interest in the property or goods being purchased.
*Prepayment.* If you pay off early, you will not have to pay a penalty, and you will not be entitled to a refund of any prepaid finance charge
*Late Charge.* If a payment is late by as much as 7 days, you will be charged 5% of the late payment.
See the reverse side for additional information about non-payment, default, any required payment in full before the scheduled date, prepayment refunds and penalties.

### (F) INSURANCE

| I WANT CREDIT LIFE INSURANCE | | I WANT CREDIT DISABILITY INSURANCE |
|---|---|---|
| $ PREMIUM #195 | | $ PREMIUM |
| SINGLE CREDIT LIFE: | JOINT CREDIT LIFE: | |
| PRIMARY INSURED'S SIGNATURE    AGE | PRIMARY INSURED'S SIGNATURE    AGE | INSURED'S SIGNATURE<br>(PRIMARY BORROWER ONLY)    AGE |
| | JOINT INSURED'S SIGNATURE    AGE | |

### (G) PLEDGE OF COLLATERAL

If someone other than Borrower owns the Collateral (or will own the Collateral during the term of this Note) that person must sign below. By doing so, the person will be bound by the terms of this Note regarding the Collateral but will not be personally liable for your debt.

Owner/Pledgor's Signature ___    Address ___

Co-Owner/Pledgor's Signature ___    Address ___

### (H) NOTICE TO COSIGNER - PLEASE READ CAREFULLY BEFORE SIGNING

YOU ARE BEING ASKED TO GUARANTEE THIS DEBT. THINK CAREFULLY BEFORE YOU DO. IF BORROWER DOES NOT PAY THE DEBT, YOU WILL HAVE TO PAY. BE SURE YOU CAN AFFORD TO PAY IT. YOU MAY HAVE TO PAY THIS MUCH. YOU ALSO MAY HAVE TO PAY LATE CHARGES OR COLLECTION COSTS, WHICH INCREASE THIS AMOUNT. BANK CAN COLLECT THIS DEBT FROM YOU WITHOUT FIRST TRYING TO COLLECT FROM BORROWER. BANK CAN USE THE SAME COLLECTION METHODS AGAINST YOU THAT CAN BE USED AGAINST BORROWER, SUCH AS SUING YOU, GARNISHING YOUR WAGES, ETC. IF THIS DEBT IS EVER IN DEFAULT, THAT FACT MAY BECOME PART OF YOUR CREDIT RECORD. THIS NOTICE IS NOT THE CONTRACT THAT MAKES YOU LIABLE FOR THE DEBT.

### (I) SIGNATURES

By signing below, you agree to all the terms of this Note, including the terms on the reverse side, and you acknowledge receipt of a completed copy of this Note.

Borrower's Signature ___

Joint Borrower's Signature ___

# CERTIFICATE OF TITLE

## STATE OF MISSISSIPPI

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER |
|---|---|---|---|---|---|
| 1GCEK19R9XR127052 | CHEV | 99 | GK1 | 3C | 8187367-01 |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO CYL | NEW/USED | TYPE OF VEHICLE | MILES OR OWN | |
|---|---|---|---|---|---|---|
| 01/20/99 | 12/14/98 | 08 | X | TRUCK | 000 | ORIGINAL |

OWNER

POLK JERRY D
1079 WAKEFIELD
COLDWATER          MS 38618

ODOMETER - TENTHS NOT INCLUDED

000010
ACTUAL MILEAGE

1ST LIENHOLDER (OR OWNER IF NO LIEN)

NATIONAL BANK OF COMMERCE
P O BOX 2179
MEMPHIS          TN 38101

DATE  MO | DAY | YR
12/14/98

2ND LIENHOLDER

DATE  MO | DAY | YR

**LIEN SATISFACTION —**
THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF

1ST LIEN _____ BY _____
(LIENHOLDER)                              (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 19 _____

2ND LIEN _____ BY _____
(LIENHOLDER)                              (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 19 _____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS
THE 20 DAY OF JANUARY 19 99

99015398037          01649
                     STATE TAX COMMISSION

The Mississippi State Tax Commission hereby certifies that on application duly made, the person named hereon is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests herein set forth and such liens or security interests as may subsequently be filed with the State Tax Commission. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER
10418679

## VOID IF ALTERED

I 81210312


# Husch &
## Eppenberger, LLC
*Attorneys and Counselors at Law*

One Memphis Place
200 Jefferson Avenue, Suite 1450
Memphis, TN 38103
Phone: 901.523.1123
Fax: 901.523.7472
www.husch.com

March 2, 2005

US Bankruptcy Court
Northern / Aberdeen
Clerk's Office
205 Federal Building
PO Drawer 867
Aberdeen, MS  39730

Re:    **Jerry Dewayne Polk and Ginger Leigh Polk**
Case No: 05-10043
Chapter 7
NBC Account:  5001084530-0000166157

Dear Sirs / Madams:

Please find enclosed an **Agreed Order Granting Relief from Automatic Stay** filed by National Bank of Commerce.  Please file this Pleading and return a stamped-filed copy to me in the enclosed self-addressed stamped envelope.  Please disburse the filed copies as necessary.

If you have any questions, please don't hesitate to call.

Sincerely,

Melinda Loveall
Paralegal

ML/jh

Enclosures

ST. LOUIS   CHATTANOOGA   JEFFERSON CITY   KANSAS CITY   SPRINGFIELD   PEORIA   MEMPHIS   NASHVILLE   WICHITA